# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00342-CR

## Ex parte Rizwan Ali

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 08-04657-1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rizwan Ali pleaded guilty to the offense of delivery of drug paraphernalia. *See* Tex. Health & Safety Code Ann. § 481.125(b) (West 2010). Punishment was assessed at 180 days in county jail and a fine of $4,000. The trial court suspended imposition of the sentence and placed Ali on community supervision for 12 months. Subsequently, Ali filed an application for writ of habeas corpus, alleging that his trial counsel was ineffective in failing to warn him of the immigration consequences of his guilty plea. The trial court denied the application.

This appeal is a companion to the appeal of Ali's brother, Aftab Ali, who was charged with a similar offense, pleaded guilty, and filed a similar application for writ of habeas corpus, which the trial court also denied. *See Ex parte Ali*, No. 03-11-00323-CR (Tex. App.—Austin May 16, 2012, no pet. h.) (op., designated for publication). Other than minor factual differences that are not material to our disposition, the procedural history, issues raised, and arguments made in both causes are identical. For the reasons stated in our opinion in cause number 03-11-00323-CR, we affirm the order of the trial court.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Affirmed

Filed:   May 17, 2012

Do Not Publish